IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. 2:14-CV-46-BO

MELINDA S. COEFIELD,            )
                                )
    Plaintiff,                  )
                                )
v.                              )
                                )
CAROLYN W. COLVIN, ACTING       )    ORDER
COMMISSIONER OF SOCIAL SECURITY,)
                                )
    Defendant.                  )
_____)

This matter is before the court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner for further administrative proceedings. Plaintiff's counsel has indicated that he does not oppose the Government's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative proceedings, including a new hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 12 day of September, 2014.

Terrence W. Boyle
United States District Judge