IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-cv-46-BO

| | |
|---|---|
| MELINDA COEFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CONSENT ORDER** |
| CAROLYN COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $1,000.00 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d). It also appearing that Plaintiff's counsel should be reimbursed the $400.00 filing fee from the Treasury Judgment Fund.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $1,000.00 and the Treasury Judgment Fund pay to Plaintiff's counsel $400.00 in costs in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), delivered to counsel's office address, and upon the payment of such sums this case is dismissed with prejudice.

This ___ day of October, 2014.

United States Judge Terrence Boyle

CONSENTED TO:

/s/CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com


/s/LEO R. MONTENEGRO
Attorney for Defendant
Special Assistant United States Attorney
Room 655, Altmeyer Building
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 965-3153
Fax: (410) 597-0527
Leo.R.Montenegro@ssa.gov
New York Bar